Carl Hansen, administrator of the estate of Ignatz Swartz, deceased,
defendant in error, v. Katherine Swartz et al., plaintiffs in error.
Gen. No. 35,862.

 Opinion filed
July 13, 1932. Rehearing denied July 25, 1932.

Bernard J. Brown, for plaintiffs in error. Joseph Granick and
Charles H. Pease, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Herbert Anderson, appellant, v. Charles O. Dobroth and Bert M.
Williams, appellees. Gen. No. 35,935.

 Opinion filed July 13, 1932. Re-
hearing denied and opinion modified July 26, 1932.

McKenna & Harris, for appellant; James J. McKenna and Abraham
W. Brussell, of counsel. Cassels, Potter & Bentley, for appellee
Charles O. Dobroth; Ralph F. Potter, Kenneth B. Hawkins and George
C. Bunge, of counsel. Church, Haft, Robertson, Crowe & Spence, for
appellee Bert M. Williams; Burt A. Crowe, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Northern Picture Frame Company, appellee, v. Victor A. Dorsey,
appellant. Gen. No. 35,938.

 Opinion filed July 13, 1932.
Robert H. Stoll, for appellant. Marcus L. Silver, for appellee;
Milton M. Hermann, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

The New York, Chicago & St. Louis Railroad Company, appellant,
v. S. J. Rosenthal, appellee. Gen. No. 36,063.

Opinion filed July 13, 1932.

Winston, Strawn & Shaw, for appellant; Bryce L. Hamilton and
Frank B. Gilmer, of counsel. No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.